IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 5 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-CV-01331 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

PERCY BARRON,

    Applicant,

v.

STEVEN NAFZIGER,

    Respondent.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant Percy Barron has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted application is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this __21st__ day of __June__, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No **07 - CV - 01331**

Percy Barron
Reg. No. 04710-000
USP - ADXMAX
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for full payment of the $5.00 filing fee** to the above-named individuals on 6/25/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk