## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01331-MSK-KMT

PERCY BARRON,

     Plaintiff,

v.

STEVEN NAFZIGER,

     Defendant.

---

## ORDER RE: MOTION TO TAKE DEPOSITION OF PLAINTIFF PERCY BARRON

---

The Court having reviewed the Motion to Take Deposition of Plaintiff Percy Barron and being fully advised in its premises hereby GRANTS the Motion. The Defendant shall be permitted to take the Deposition of Percy Barron.

Done this 22d day of July, 2008.

BY THE COURT

_____
District Court Judge

**KATHLEEN M. TAFOYA**
**United States Magistrate Judge**