IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01331-MSK-KMT

PERCY BARRON,

    Plaintiff,

v.

STEVEN NAFZIGER,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Respondent's "MOTION to Strike [80] Amended Complaint" (#82, filed August 20, 2008) is **GRANTED** and the Proposed Amended Complaint (#80 filed August 06, 2008) is **STRICKEN.**

Dated: August 21, 2008