IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01331-MSK-KMT


PERCY BARRON,

      Plaintiff,

v.

STEVEN NAFZIGER,

      Defendant.

---

## **MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion for Appointment of Counsel" (#45, filed March 7, 2008) is DENIED.
Plaintiff has previously been denied similar requests for counsel.  (See Doc. Nos. 22, 29.)
Plaintiff appears to request counsel due to his case manager's failure to allow him to attend the
scheduling conference on March 4, 2008, by telephone.  Plaintiff was not prejudiced by his
failure to appear at the scheduling conference.  Plaintiff has failed to show good reason for
appointment of counsel on his behalf.

Plaintiff's "Motion for an Order to Compel" (#47, filed March 28, 2008) is DENIED, as it is
incomprehensible.

"Plaintiff's Motion for Court Appointed Experts Pursuant to Fed.R.Civ.P. 706(A)" (#54, filed
June 23, 2008), and "Plaintiff's Motion for Physical and Mental Examination Pursuant to
Fed.R.Civ.P. 35(A)" (#55, filed June 23, 2008) are DENIED for failure to state good cause.  In
addition, Plaintiff's claims in this case are claims regarding constitutional rights violations under
*Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 402 U.S. 388 (1971).
Therefore, although Plaintiff's medical condition is relevant to factual background, it is not
necessary for the determination of whether Defendant violated Plaintiff's constitutional rights.

Defendant's "Motion to Strike Plaintiff's Pleadings Improperly Attempting to Amend Complaint" (#66, filed July 16, 2008) is GRANTED.  To the extent Plaintiff is seeking to amend his complaint through the filing of documents 60 and 61 to add claims of medical malpractice, the Plaintiff has not properly filed a motion to do so.  In addition, the deadline for amending pleadings was April 15, 2008.  Plaintiff filed documents 60 and 61 on July 9, 2008.  Therefore, documents 60 and 61 are STRICKEN.

Dated: September 3, 2008