IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01331-MSK-KMT

PERCY BARRON,

    Plaintiff,

v.

STEVEN NAFZIGER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiff [sic] Motion for Clarification to Defendant's Motion for Summary Judgment" (#92, filed October 10, 2008), construed as motion for an order of amendment to deposition, is GRANTED. Defendant shall file a supplement to his motion for summary judgment including the corrections from Plaintiff's deposition transcript no later than October 30, 2008.

Dated: October 15, 2008