IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01331-CMA-KMT

PERCY BARRON,

    Plaintiff,

v.

STEVEN NAFZIGER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's Motion to Strike Plaintiff's "Motion of Dispositive" (#91, filed October 1, 2008) is **DENIED**. The court will construe Plaintiff's "Motion of Dispositive" (#89, filed September 25, 2008) as Plaintiff's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. Accordingly, the court will accept Defendant's Motion to Strike Plaintiff's "Motion of Dispositive" (#91) as Defendant's response to Plaintiff's Motion for Summary Judgment.

Dated: December 29, 2008