IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01331-CMA-KMT

PERCY BARRON,

    Plaintiff,

v.

STEVEN NAFZIGER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion for Clarification Regarding Order on December 29, 2008 (#104, filed on January 21, 2009) is GRANTED. Accordingly, the court accepts Defendant's Motion for Summary Judgment (#90) as a response to Plaintiff's Motion of Dispositive (for Summary Judgment) (#89).

Dated: January 23, 2009