IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01331-CMA-KMT

PERCY BARRON,

    Plaintiff,

v.

STEVEN NAFZIGER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs Motion for Leave to File an Amended Complaint" (Doc. No. 108, filed January 28, 2009) is **DENIED**. The court previously denied Plaintiff's first motion to amend complaint (Doc. No. 81), and it now denies this motion on the same grounds.

Dated: January 29, 2009