IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01331-CMA-KMT

PERCY BARRON,

    Plaintiff,

v.

STEVEN NAFZIGER,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion for Clarification Regarding Minute Order Dated February 2, 2009 [Doc.111] and Docket Annotation 112" (Doc. No. 113, filed February 10, 2009) is **GRANTED**. Defendants' Motion for Summary Judgment (#90) shall remain part of the record in this matter, and it will be evaluated on the merits. Exh. A-1 to Defendant's Motion for Clarification, "Defendant's Response to Plaintiff's Motion for Summary Judgment [Doc. 89]" shall be accepted for filing by the clerk.

Dated: February 10, 2009