IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-01331-CMA-KMT | FTR |
| **Date:** February 24, 2009 | Debra Brown, Deputy Clerk |
| PERCY BARRON | Pro se (Telephone) |
| Plaintiff(s), | |
| v. | |
| STEVEN NAFZIGER | Susan Prose |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session: 10:22 a.m.**

Court calls case. Appearances of plaintiff, pro se by telephone and of counsel.

The Court notes that Plaintiff filed "MOTION for Order to make a legal phone call to the USDC on February 24, 2009 at 10:15 a.m." [Document 118, filed February 17, 2009].

**ORDERED:** Plaintiff's MOTION for Order to make a legal phone call to the USDC on February 24, 2009 at 10:15 a.m." [Document 118, filed February 17, 2009] is **MOOT.**

The proposed Final Pretrial Order is reviewed.

**ORDERED:** The Final Pretrial Order is approved and shall be filed as amended on the record.

**TRIAL:**
Trial Preparation Conference set for **May 14, 2009 at 8:30 a.m.** before District Judge Christine M. Arguello.
Trial to [XX] Court  [ ] Jury estimated for three (3) days is set for **May 26, 2009 at 1:30 p.m.**

**ORDERED:** Parties are directed to **www.cod.uscourts.gov** and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in Recess: 10:39 a.m.**
Total In-Court Time 0:17; hearing concluded